# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

---

**IN RE:** Henry Lee Comeaux  
Debtor(s)

**Chapter:** 13  
**Case Number:** 19–50193

---

## ORDER

Based on the recommendation of the Chapter 13 Trustee and the concurrence of the debtor(s) attorney:

**IT IS ORDERED** that Confirmation of the Proposed Chapter 13 Plan is temporarily denied and debtor(s) are permitted 15 days from this date to file and notice an Amended/Modified plan, pay pursuant to that plan, and Notice same for a hearing on an "if and only if" basis. If there are no objections, the plan may be confirmed without further hearing. The Amended/Modified Plan shall address each pending objection to confirmation.

**IT IS FURTHER ORDERED** that if the Debtor complies with this Order, payments are made as directed, and no further Objection is filed, the Plan may be confirmed without a further hearing. Failure of the Debtor to comply with any of the terms of this Order may result in the Trustee filing an ex parte Order of dismissal, which may result in this case being dismissed without further hearing and with a finding under 11 U.S.C. § 109(g), which will prohibit the Debtor from filing any type of bankruptcy case for six months.

**SIGNED this the 23rd day of May 2019.**

      /s/ John W. Kolwe  
**UNITED STATES BANKRUPTCY JUDGE**